

# The Attorney General of Texas

November 7, 1985

**JIM MATTOX**
**Attorney General**

Supreme Court Building
P. O. Box 12548
Austin, TX. 78711- 2548
512/475-2501
Telex 910/874-1367
Telecopier 512/475-0266

714 Jackson, Suite 700
Dallas, TX. 75202-4506
214/742-8944

4824 Alberta Ave., Suite 160
El Paso, TX. 79905-2793
915/533-3484

1001 Texas, Suite 700
Houston, TX. 77002-3111
713/223-5886

606 Broadway, Suite 312
Lubbock, TX. 79401-3479
806/747-5238

4309 N. Tenth, Suite B
McAllen, TX. 78501-1685
512/682-4547

200 Main Plaza, Suite 400
San Antonio, TX. 78205-2797
512/225-4191

An Equal Opportunity/
Affirmative Action Employer

Ms. Joyce A. Hammer
Executive Director
Board of Vocational Nurse Examiners
1300 East Anderson Lane
Building C, Suite 285
Austin, Texas    78752

Opinion No. JM-375

Re: Whether an individual who is both a registered nurse and a licensed vocational nurse is eligible for appointment to the Board of Vocational Nurse Examiners

Dear Ms. Hammer:

Section 5(a) of article 4528c, V.T.C.S., the Licensed Vocational Nurses Act, provides the following:

> Sec. 5. (a) There is hereby created a board to be known as the Board of Vocational Nurse Examiners, consisting of twelve (12) members to be appointed by the Governor and confirmed by the State Senate. Appointments to the Board shall be made without regard to the race, creed, sex, religion, or national origin of the appointees.

> Seven (7) members of the Board must be Licensed Vocational Nurses who are graduates of approved schools of vocational nursing, who have been actively engaged in the practice of vocational nursing for five (5) years immediately preceding their appointments, and who are not licensed physicians, registered professional nurses, or hospital administrators.

> One (1) member of the Board must be a Registered Nurse licensed by the Board of Nurse Examiners who is actively engaged in a teaching, administrative, or supervisory capacity in a vocational nursing educational program and who is not a licensed physician, hospital administrator, or licensed vocational nurse.

> One (1) member of the Board must be a physician licensed by the Texas State Board of Medical Examiners who has been actively engaged in the practice of medicine for five (5) years immediately preceding appointment and who is not a

hospital administrator, registered professional
nurse, or licensed vocational nurse.

One (1) member of the Board must be a hospital
administrator who has been actively engaged in
hospital administration for a period of five (5)
years and who is not a licensed physician, regis-
tered professional nurse, or licensed vocational
nurse.

Two (2) members of the Board must be represen-
tatives of the general public. A person is not
eligible for appointment as a public member if the
person or the person's spouse is licensed by an
occupational regulatory agency in the field of
health care or is employed by, participates in the
management of, or has, other than as a consumer, a
financial interest in a business entity or other
organization that provides health-care services or
that sells, manufactures, or distributes health-
care supplies or equipment.  (Emphasis added).

You inform us that a recently confirmed appointment to the Board of
Vocational Nurse Examiners is both a licensed vocational nurse and a
registered nurse. You ask whether she is eligible to serve on the
board. We conclude that, by the clear terms of the statute, she is
not.

We are required to construe a statute in such a way as to express
"only the will of the makers of the law, not forced or strained, but
simply such as the words of the law in their plain sense fairly
sanction and will clearly sustain." Railroad Commission of Texas v.
Miller, 434 S.W.2d 670, 672 (Tex. 1968). Subsection 5(a) of article
4528c, V.T.C.S., clearly prohibits the appointment to the Board of
Vocational Nurse Examiners of any member who is both a licensed
vocational nurse and a registered nurse. Accordingly, we conclude
that such an appointee is not eligible to serve.

## S U M M A R Y

Section 5(a) of article 4528c, V.T.C.S., the
Licensed Vocational Nurses Act, prohibits the
appointment to the Board of Vocational Nurse
Examiners of any member who is both a licensed
vocational nurse and a registered nurse.

Very truly yours

JIM MATTOX
Attorney General of Texas

MARY KELLER
Executive Assistant Attorney General

ROBERT GRAY
Special Assistant Attorney General

RICK GILPIN
Chairman, Opinion Committee

Prepared by Jim Moellinger
Assistant Attorney General

APPROVED:
OPINION COMMITTEE

Rick Gilpin, Chairman
Jon Bible
Colin Carl
Susan Garrison
Tony Guillory
Jim Moellinger
Jennifer Riggs
Nancy Sutton
Bruce Youngblood